```
1   DAVID D. FISCHER, SBN 224900
    Attorney at Law
2   980 9th Street – 16th Floor
3   Sacramento, CA 95814
    Telephone:   (916) 447-8600
4   Fax:         (916) 930-6482
5   E-Mail:      davefischer@yahoo.com

6   Attorney for Defendant
7   NHAT HOAHG
```

IN THE UNITED STATES OF DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

NHAT HOANG,

        Defendant.

CR.S.  No.  2:10-MJ-290 KJN

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Judge:  Hon. Edmund F. Brennan

      NHAT HOANG, by and through her counsel, DAVID D. FISCHER, the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, and BECKY FIDELMAN, United States Pretrial Services Officer, hereby agree to modify the defendant's condtions of release as follows:  Special condition number eight, "You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer" shall be <u>deleted</u>.

      The primary reason for this modification is that the defendant has many health problems that prevent her from seeking and/or maintainng employment.

1   Accordingly, all parties and Ms. Hoang agree to this modification.

3   Dated: October 7, 2010

               Respectfully Submitted,

               /s/David D. Fischer
               _____
               DAVID D. FISCHER
               Attorney for Defendant
               NHAT HOANG


               BENJAMIN B. WAGNER
               United States Attorney

DATE:  October 7, 2010

               /s/  David D. Fischer for
               _____
               TODD D. LERAS
               Assistant United States Attorney


Date:  October 7, 2010

               /s/ David D. Fischer for
               _____
               BECKY FIDELMAN
               United States Pretrial Services Officer


**SO ORDERED.**

Dated:  October 7, 2010

               _____
               HON. EDMUND F. BRENNAN
               United States Magistrate Judge