1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  980 9th Street – 16th Floor
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6  Attorney for Defendant
7  NHAT HOANG

8
           **IN THE UNITED STATES OF DISTRICT COURT FOR THE**
9
                   **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 UNITED STATES OF AMERICA,
                                        CR.S.  No.  2:10-CR-427 FCD
13                Plaintiff,
           v.                           **STIPULATION AND ORDER TO**
14                                      **MODIFY CONDITIONS OF**
15 NHAT HOANG,                          **PRETRIAL RELEASE**

16         Defendant.                   Judge:  Hon. Kimberly J. Mueller

17

18      NHAT HOANG, by and through her counsel, DAVID D. FISCHER, the United
19 States Government, by and through its counsel, TODD D. LERAS, Assistant United
20 States Attorney, and BECKY FIDELMAN, United States Pretrial Services Officer,
21 hereby agree to modify the defendant's condtions of release to reduce the amount of the
22 secured bond from $120,000 to $105,000.
23      The primary reason for this modification is that the property used as the security
24 for the bond appraised for $105,000.   Following consultation with the assigned Assistant
25 United States Attorney and Pretrial Services Officer, the government and pretrial services
26 believes that the proposed modification is sufficient to ensure defendant's appearance.
27 The government and pretrial services has no objection to the proposed reduction in the
28 amount of the secured bond.

1   Accordingly, all parties and Ms. Hoang agree to this modification.

2

3   Dated: October 27, 2010

4

5                                               Respectfully Submitted,

6

7                                               /s/David D. Fischer

8                                               _____
                                                DAVID D. FISCHER
9                                               Attorney for Defendant
                                                NHAT HOANG
10

11

12

13                                              BENJAMIN B. WAGNER
                                                United States Attorney
14

15  DATE: October 27, 2010

                                                /s/ David D. Fischer for
16                                              _____

17                                              TODD D. LERAS
                                                Assistant United States Attorney
18

19

20

21  Date: October 27, 2010                      /s/ David D. Fischer for

22                                              _____
                                                BECKY FIDELMAN
23                                              United States Pretrial Services Officer

24

25

    **SO ORDERED.**
26

27  Dated: October 28, 2010.

28                                              _____
                                                U.S. MAGISTRATE JUDGE

- 2 -