*LAW OFFICES OF*
WING & PARISI
LINDA M. PARISI
1101 E Street
SACRAMENTO, CA 95835
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NHAT HOANG<br><br>Defendant, | No.   2:10-cr-00427 KJM<br><br>REQUEST AND ORDER EXONERATING BAIL AND RECONVEYANCE OF DEED OF TRUST |

The Defendant, NHAT HOANG, having had her case dismissed on May 14, 2013 requests the Deed of Trust, previously posted as security in the matter be exonerated and the Clerk of the Court or a designee is directed forthwith to exonerate the bail posed in this matter; i.e., a Deed of Trust, filed on November 9, 2010, Docket Number 52, on real property located at 6540 Rancho Adobe Drive, Sacramento California 95828 and to prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate the bail.

Dated: September 6, 2013

     /s/ LINDA M. PARISI          

LINDA M. PARISI

///

1

1  IT IS HEREBY ORDERED that the Deed of Trust on real property located at 6540 Rancho Adobe Drive, Sacramento California 95828  filed on November 9, 2010 be exonerated.

DATED: September 9, 2013

_____
UNITED STATES DISTRICT JUDGE

/ / /

2